# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW W. BROOKS, )<br>)<br>Movant, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent ) | No.  1:13-cv-00388-GZS<br>     1:03-cr-00020-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 42) filed November 5, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Movant's motion under 28 U.S.C. § 2255 is hereby **DENIED**.

2. No certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                                                                /s/ George Z. Singal
                                                                                 United States District Judge

Dated this 4th day of December, 2013.